UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MILO WALLACE,<br><br>        Petitioner,<br><br>    v.<br><br>UNKNOWN, et al.,<br><br>        Respondents. | No.  2:21-cv-00927-TLN-DB<br><br>**ORDER** |

   Petitioner, a state prisoner proceeding pro se, filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

   On December 12, 2023, the magistrate judge filed findings and recommendations herein which were served on all parties, and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days.  Neither party filed objections to the findings and recommendations.

   Although it appears from the file that Petitioner's copy of the findings and recommendations was returned, Petitioner was properly served.  It is the Petitioner's responsibility to always keep the Court apprised of his current address.  Pursuant to Local Rule 182(f), service of documents at the record address of the party is fully effective.

///

1

The Court reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed December 12, 2023 (ECF No. 18) are ADOPTED IN FULL;
2. This action is DISMISSED without prejudice;
3. Respondent's Motion to Dismiss (ECF No. 16) is DENIED as moot;
4. The Court DECLINES to issue the certificate of appealability referenced in 28 U.S.C. § 2253; and
5. The Clerk of the Court is directed to close this case.

Date:  February 2, 2024

_____
Troy L. Nunley
United States District Judge